UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

BRADLEY BERNARD, on behalf of himself
and those similarly situated,

    Plaintiff,

vs.

CASE NO.: 9:23-cv-81002-DMM

INTEGRATED EVENT AND PARKING
SERVICES LLC and SCOTT A. HAMILTON,

    Defendants.
_____/

**<u>DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM</u>**

Defendants, INTEGRATED EVENT AND PARKING SERVICES LLC and SCOTT A. HAMILTON, by and through the undersigned counsel and pursuant to this Court's Order Setting FLSA Schedule (DE 18), and hereby file their Response to Plaintiff's Statement of Claim (DE 23) and states for following:

Hours worked by Plaintiff(s) during each relevant pay period, the rate of pay, and wages paid are as follows:

**A. Bradley Bernard**

| Pay Period | Hours | Rate (per hour) | Wages Paid |
|---|---|---|---|
| 04/04/22 to 04/10/22 | 17.50 | $14.00 | $245.00 |
| 04/11/22 to 04/17/22 | 62.50 | $14.00 | $875.00 |
| 04/18/22 to 05/01/22 | 50.50 | $14.00 | $707.00 |
| 05/02/22 to 05/08/22 | 20.50 | $17.00 | $574.00 |
|  | 10.25 | $22.00 | $225.50 |
| 05/16/22 to 05/22/22 | 10.00 | $14.00 | $140.00 |
| 06/13/22 to 06/19/22 | 4.00 | $12.00 | $ 48.00 |
| 06/20/22 to 06/26/22 | 11.00 | $12.00 | $132.00 |
| 12/05/22 to 12/11/22 | 21.00 | $14.00 | $294.00 |
| 01/16/23 to 01/22/23 | 26.25 | $14.00 | $367.50 |
| 01/23/23 to 01/29/23 | 48.50 | $14.00 | $679.00 |
| 01/31/23 to 02/05/23 | 11.25 | $14.00 | $157.50 |

**B. Cherisma McCoy**

| Pay Period | Hours | Rate | Wages Paid |
|---|---|---|---|
| 04/11/22 to 04/17/22 | 22.40 | $14.00 | $313.60 |
| 05/16/22 to 05/22/22 | 5.50 | $14.00 | $77.00 |
| 11/21/22 to 11/27/22 | 16.00 | $14.00 | $224.00 |
| 11/28/22 to 12/04/22 | 30.00 | $14.00 | $420.00 |
| 12/05/22 to 12/11/22 | 23.50 | $14.00 | $329.00 |
| 01/23/23 to 01/29/23 | 43.00 | $14.00 | $602.00 |
| 01/30/23 to 02/05/23 | 25.50 | $14.00 | $357.00 |
| 02/13/23 to 02/19/23 | 74.50 | $14.00 | $1,043.00 |
| 02/20/23 to 02/26/23 | 15.00 | $14.00 | $210.00 |
| 03/20/23 to 03/26/23 | 16.75 | $14.00 | $234.50 |
| 03/27/23 to 04/02/23 | 10.00 | $14.00 | $140.00 |

**C. Kemar Powell**

| Pay Period | Hours | Rate | Wages Paid |
|---|---|---|---|
| 04/04/22 to 04/10/22 | 92.25 | $14.00 | $1,291.50 |
| 04/11/22 to 04/17/22 | 54.00 | $14.00 | $756.00 |
| 04/16/22 to 04/24/22 | 62.50 | $14.00 | 875.00 |
| 04/25/22 to 05/01/22 | 91.50 | $14.00 | $1,281.00 |
| 05/02/22 to 05/08/22 | 25.00 | $14.00 | $350.00 |
| | 23.00 | $17.00 | $391.00 |
| | 10.75 | $2200 | $236.50 |
| 05/09/22 to 05/15/22 | 5.75 | $14.00 | $80.50 |
| 05/16/22 to 05/22/22 | 42.25 | $14.00 | $591.50 |
| 05/23/22 to 05/29/22 | 9.50 | $14.00 | $133.00 |
| 05/30/22 to 06/05/22 | 16.00 | $14.00 | $224.00 |
| 08/15/22 to 08/21/22 | 27.00 | $12.00 | $330.00 |
| 08/22/22 to 08/28/22 | 6.50 | $12.00 | $78.00 |
| 11/07/22 to 11/13/22 | 6.00 | $14.00 | $84.00 |
| 11/21/22 to 11/27/22 | 36.00 | $14.00 | $504.00 |
| 11/28/22 to 12/04/22 | 41.00 | $14.00 | $574.00 |
| 12/05/22 to 12/11/22 | 60.00 | $14.00 | $840.00 |
| 01/23/23 to 01/29/23 | 62.00 | $14.00 | $868.00 |
| 01/30/23 to 02/05/23 | 25.50 | $14.00 | $357.00 |
| 02/13/23 to 02/19/23 | 76.75 | $14.00 | $1,074.50 |
| 02/21/23 to 02/26/23 | 44.25 | $14.00 | $619.50 |
| 03/20/23 to 03/26/23 | 71.75 | $14.00 | $1,004.50 |
| 03/27/23 to 04/02/23 | 21.00 | $14.00 | $294.00 |
| 04/24/23 to 04/30/23 | 32.75 | $16.00 | $524.00 |
| 05/01/23 to 05/07/23 | 29.50 | $16.00 | $472.00 |
| 05/15/23 to 05/21/23 | 63.00 | $14.00 | $882.00 |

D.  Jean Louis

| Pay Period | Hours | Rate | Wages Paid |
|---|---|---|---|
| 04/04/22 to 04/10/22 | 92.25 | $14.00 | $1,291.50 |
| 04/11/22 to 04/17/22 | 40.00 | $14.00 | $560.00 |
| 04/16/22 to 04/24/22 | 50.50 | $14.00 | $707.00 |
| 04/25/22 to 05/01/22 | 91.50 | $14.00 | $1,281.00 |
| 05/02/22 to 05/08/22 | 12.00 | $14.00 | $168.00 |
|  | 23.00 | $17.00 | $391.00 |
|  | 10.75 | $22.00 | $236.50 |
| 05/16/22 to 05/22/22 | 40.25 | $14.00 | $563.50 |
| 05/23/22 to 05/29/22 | 9.50 | $14.00 | $133.00 |
| 05/30/22 to 06/05/22 | 16.00 | $14.00 | $224.00 |
| 08/15/22 to 08/21/22 | 22.50 | $12.00 | $270.00 |
| 08/22/22 to 08/28/22 | 6.50 | $14.00 | $78.00 |
| 11/28/22 to 12/04/22 | 63.25 | $14.00 | $885.50 |
| 01/23/23 to 01/29/23 | 68.00 | $14.00 | $952.00 |
| 02/13/23 to 02/19/23 | 72.00 | $14.00 | $1,008.00 |
| 02/21/23 to 02/26/23 | 14.00 | $14.00 | $196.00 |
| 03/20/23 to 03/26/23 | 71.75 | $14.00 | $1,004.50 |
| 03/27/23 to 04/02/23 | 21.00 | $14.00 | $294.00 |
| 04/24/23 to 04/30/23 | 32.75 | $16.00 | $524.00 |
| 05/01/23 to 05/07/23 | 24.50 | $16.00 | $392.00 |
| 05/15/23 to 05/21/23 | 44.25 | $14.00 | $619.50 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notice of Electronic Filing.

                                      Gary A. Isaacs, Esquire, of Counsel
                                      COHEN NORRIS WOLMER RAY
                                      TELEPMAN BERKOWITZ & COHEN
                                      Attorneys for Defendants
                                      712 U.S. Highway One, Suite 400
                                      North Palm Beach, Florida 33401
                                      Telephone: (561) 844-3600
                                      Email: gai@cohennorris.com
                                                  gt@cohennorris.com


                                      */s/ Gary A. Isaacs, Esquire*
                                      GARY A. ISAACS, ESQUIRE
                                      Florida Bar No.: 602663

4

COHEN NORRIS WOLMER RAY TELEPMAN BERKOWITZ & COHEN
712 U.S. Highway One, Suite 400, North Palm Beach, FL 33408• Telephone 561-844-3600 • Facsimile 561-842-4104