UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:23-cv-81002-MIDDLEBROOKS

BRADLEY BERNARD, on behalf of
Himself and all those similarly situated,

    Plaintiffs,

v.

INTEGRATED EVENT AND PARKING
SERVICES LLC, and SCOTT A. HAMILTON,

    Defendants.
_____/

## NOTICE OF MEDIATION

The undersigned counsel hereby gives notice that a mediation conference has been scheduled for January 4, 2024, at 1:00 p.m. before mediator Cathleen Scott, Esq. via remote video conference.

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by e-mail on December 22, 2023, on all counsel or parties of record on the Service List below.

    s/Cathleen Scott
    Cathleen Scott, Esq.
    Florida Bar No. 135331
    Primary e-mail: cscott@scottlawteam.com
    Secondary e-mail: mail@scottlawteam.com
    SCOTT LAW TEAM, LLC
    Jupiter Gardens
    250 South Central Boulevard
    Suite 104-A
    Jupiter, FL 33458
    Telephone: (561) 653-0008
    Facsimile: (561) 653-0020
    www.ScottLawTeam.com

**SERVICE LIST**

Gary A. Isaacs Esq.
Florida Bar No. 602663
COHEN NORRIS WOLMER RAY
TELEPMAN BERKOWITZ & COHEN
712 US Highway One
Suite 400
North Palm Beach, FL 33401
Telephone: (561) 844-3600
Facsimile: (561) 693-4540
Primary: gai@fcohenlaw.com

Bryan Arbeit, Esq.
Florida Bar No. 1010329
MORGAN & MORGAN, P.A.
8151 Peters Road
Suite 4000
Plantation, FL 33324
Telephone: (951) 318-0268
Primary:  pbotros@forthepeople.com